AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 08, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign insurer,<br>*Plaintiff*<br>v.<br>ALFONSO HERNANDEZ, an individual;<br>JORGE GOMEZ-ACEVEDO, an individual,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:23-cv-05043-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff United Financial Casualty Company's Motion for Default Judgment, ECF No. 14, is GRANTED. Pursuant to the Order filed at ECF No. 25, United Financial Casualty Company, a foreign insurer, has no duty to defend or indemnify Alfonso Hernandez or Jorge Gomez-Acevedo under Policy No. 01507436-004 with regard to claims arising out of the automobile accident that occurred on March 11, 2022, near Warden, Washington. Default Judgment is entered in favor of Plaintiff United Financial Casualty Company.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Mary K. Dimke  on a motion for Default Judgment.

Date: 3/8/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza